| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-13720 / MBK**

Dominic Lusardi

Petition Filed Date: 05/04/2021
341 Hearing Date: 06/03/2021
Confirmation Date: 11/23/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/12/2023 | $582.00 | 89348940 | 02/13/2023 | $582.00 | 89942440 | 03/20/2023 | $583.50 | 90610260 |
| 04/10/2023 | $625.00 | 91003830 | 05/09/2023 | $594.00 | 91587540 | 06/07/2023 | $594.00 | 92103370 |
| 07/18/2023 | $594.00 | 92783010 | 08/21/2023 | $594.00 | 93358400 | 10/25/2023 | $1,100.00 | 94480960 |
| 11/17/2023 | $548.00 | 94877000 | 12/11/2023 | $548.00 | 95243580 | 01/05/2024 | $548.00 | 95689010 |

**Total Receipts for the Period: $7,492.50    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,660.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dominic Lusardi | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2020 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $15,490.31 | $6,904.23 | $8,586.08 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $13,709.94 | $6,110.69 | $7,599.25 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 2018 FORD FOCUS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK, N.A.<br>»» HOME DEPOT CC | Unsecured Creditors | $1,185.11 | $528.21 | $656.90 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»» P/701 CAROL AVE/1ST MTG/LOAN MOD ORD 10/28/21/COMM LOAN | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» SUB OF ATTY 9/30/22/ORDER 2/3/23 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 8/11/23 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 21-13720 / MBK**

| | | |
|---|---|---|
| **SUMMARY** | | |
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | |
| Total Receipts: $16,660.50 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: $14,343.13 | Current Monthly Payment: $548.00 | |
| Paid to Trustee: $1,312.33 | Arrearages: $678.50 | |
| Funds on Hand: $1,005.04 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

