Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 21-13720 / MBK**

Dominic Lusardi

Petition Filed Date: 05/04/2021
341 Hearing Date: 06/03/2021
Confirmation Date: 11/23/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2024 | $548.00 | 95689010 | 02/15/2024 | $548.00 | 96334420 | 03/07/2024 | $548.00 | 96721240 |
| 04/15/2024 | $548.00 | 97329860 | 05/03/2024 | $548.00 | 97663780 | 06/13/2024 | $548.00 | 98294430 |
| 07/03/2024 | $548.00 | 98611190 | 08/01/2024 | $548.00 | 99068800 | 09/05/2024 | $548.00 | 99632000 |
| 10/01/2024 | $548.00 | 10002961 | 10/28/2024 | $548.00 | 10042612 | 12/10/2024 | $548.00 | 10111644 |
| 12/30/2024 | $548.00 | 10139842 | | | | | | |

**Total Receipts for the Period: $7,124.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $23,236.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dominic Lusardi | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2020 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $15,490.31 | $10,040.97 | $5,449.34 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $13,709.94 | $8,886.92 | $4,823.02 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 2018 FORD FOCUS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK, N.A.<br>»» HOME DEPOT CC | Unsecured Creditors | $1,185.11 | $768.20 | $416.91 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»» P/701 CAROL AVE/1ST MTG/LOAN MOD ORD 10/28/21/COMM LOAN | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» SUB OF ATTY 9/30/22/ORDER 2/3/23 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 8/11/23 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 21-13720 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,236.50 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $20,496.09 | Current Monthly Payment: | $548.00 |
| Paid to Trustee: | $1,737.57 | Arrearages: | $678.50 |
| Funds on Hand: | $1,002.84 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**