Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 21-13720 / MBK**

Dominic Lusardi

Petition Filed Date: 05/04/2021
341 Hearing Date: 06/03/2021
Confirmation Date: 11/23/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2025 | $548.00 | 10190591 | 03/11/2025 | $548.00 | I1VXGN5CW5- | 04/07/2025 | $548.00 | I135GSJBVS-F |
| 05/06/2025 | $548.00 | I1XMGTKS04-I | 06/11/2025 | $548.00 | I19DLYZ83R-P | 07/10/2025 | $548.00 | I1DXLWZ08H-I |
| 08/05/2025 | $548.00 | I1DJFXCTLH-F | 09/09/2025 | $548.00 | I1NMFFPXGF- | 10/10/2025 | $548.00 | I123FJYTSB-P |
| 11/04/2025 | $600.00 | I12HSD6619-P | 12/11/2025 | $575.00 | I183SBFMHT-I | 01/07/2026 | $575.00 | I859CC42TF-P |
| 02/13/2026 | $575.00 | I8M8BX5P5L-F | | | | | | |

**Total Receipts for the Period: $7,257.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $30,493.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dominic Lusardi | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2020 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $15,490.31 | $13,410.58 | $2,079.73 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $13,709.94 | $11,869.24 | $1,840.70 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 2018 FORD FOCUS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK, N.A.<br>»» HOME DEPOT CC | Unsecured Creditors | $1,185.11 | $1,026.00 | $159.11 |
| 6 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPEF<br>»» P/701 CAROL AVE/1ST MTG/LOAN MOD ORD 10/28/21/COMM LOAN | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 2/3/23 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 8/11/23 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 21-13720 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,493.50 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $27,105.82 | Current Monthly Payment: | $575.00 |
| Paid to Trustee: | $2,322.78 | Arrearages: | ($25.00) |
| Funds on Hand: | $1,064.90 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**