| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>Dominic Lusardi | Case No.: | 21-13720 |
| | Chapter: | 13 |
| | Judge: | MBK |

**CERTIFICATION IN SUPPORT OF DISCHARGE**

I, Dominic Lusardi, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 9/8/2026

/s/Dominic Lusardi
Debtor's Signature

**<u>IMPORTANT</u>:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*