Form ntcfncurv − ntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 21−13720−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dominic Lusardi
701 Carol Avenue
Oakhurst, NJ 07755

Social Security No.:
xxx−xx−0730

Employer's Tax I.D. No.:

---

**NOTICE OF RESPONSE TO TRUSTEE'S**
**NOTICE OF DISBURSEMENTS MADE**

TO: Dominic Lusardi
Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: September 30, 2026
JAN: mrg

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-13720-MBK

Dominic Lusardi Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2026 | Form ID: ntcfncur | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominic Lusardi, 701 Carol Avenue, Oakhurst, NJ 07755-2706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company mlicker@hinshawlaw.com |
| Melissa N. Licker | on behalf of Creditor Community Loan Servicing mlicker@hinshawlaw.com |
| Richard Gerbino | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company rgerbino@schillerknapp.com, |

| | |
|---|---|
| | lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Robert Cameron Legg | on behalf of Debtor Dominic Lusardi courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8